UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GALVEZ, | ) | CASE NO. CV 08-7929-SGL (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| J. WALKER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:   <u>May 29, 2009</u>.

*/s/ S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd